# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN SOUTHERN DIVISION

| | |
|---|---|
| **DV INJURY LAW, PLLC**; and **HAH, LLP**,<br>　　　Plaintiffs, | Case No. 5:24-cv-12772-JEL-APP<br>Hon. Judith E. Levy |
| vs. | |
| **TORT PRIVATE INVESTIGATIONS, LLC**; **DAVID BAUMAN**; **SARAH HALE BAUMAN**; and **BENTLEY CONSULTING, LLC**,<br>　　　Defendants. | **PLAINTIFFS' RESPONSE TO SPECIALLY APPEARING DEFENDANTS' RESPONSE TO THE COURT'S JANUARY 24, 2025 ORDER TO SHOW CAUSE** |

WILLIAMS, WILLIAMS, RATTNER & PLUNKETT, P.C.
Alexander A. Ayar (P69623)
Michael J. Petrus (P84605)
William C. DiSessa (P81906)
*Attorneys for Plaintiffs*
380 N. Old Woodward, Ste 300
Birmingham, MI 48009
(248) 642-0333
aayar@wwrplaw.com
mpetrus@wwrplaw.com
wcdisessa@wwrplaw.com

LAW OFFICE OF VENAR RAAD AYAR, PLLC
Mark L. Teicher (P34301)
*Attorneys for Plaintiffs*
30095 Northwestern Hwy, Ste 102
Farmington Hills, MI 48334
(248) 420-9144
markteicher@utbmanagement.com

HIGGS FLETCHER & MACK LLP
Alexis S. Gutierrez (SBN190487)
Steven M. Brunolli (SBN331694)
*Attorneys for Defendants*
401 West A St, Ste 2600
San Diego, CA 92101
(619) 236-1551

_____

1

### PLAINTIFFS' RESPONSE TO SPECIALLY APPEARING DEFENDANTS' RESPONSE TO THE COURT'S JANUARY 24, 2025 ORDER TO SHOW CAUSE

**NOW COME** Plaintiffs, DV Injury Law, PLLC and HAH, LLP ("Plaintiffs"), by and through their attorneys, Williams, Williams, Rattner & Plunkett, P.C., and for their Response to Specially Appearing Defendants' Response to the Court's January 24, 2025 Order to Show Cause (ECF No. 24), state as follows:

Defendants' response to the Court's Show Cause Order effectively concedes that they do not understand the local rules. This lack of familiarity underscores the very reason why local counsel is required—to ensure that all parties comply with the procedural and substantive requirements of this jurisdiction. Defendants do not meaningfully explain why they should be excused from obtaining local counsel. Instead, they merely request that the requirements be waived until their Motion to Dismiss is heard. However, they fail to articulate why obtaining local counsel would be burdensome or why they should be allowed to proceed in this jurisdiction without adhering to the applicable local rules until a dispositive motion is decided—an indefinite timeline that could extend the issue for the foreseeable future.

Defendants request additional "reasonable time" to secure local counsel if their show cause response is denied. However, this lawsuit was filed on October 19, 2024—over three months ago. Defendants have had ample opportunity to comply

2

with the local counsel requirement, yet they have deliberately failed to do so. Granting them additional time would serve only to reward delay and noncompliance.

Plaintiffs have attempted to default Defendants twice (see ECF Nos. 11-12 & 18-21), yet they have sought to evade default by filing motions—without the required local counsel—including at least two Motions to Dismiss (see ECF Nos. 13 & 22). Defendants should not be permitted to continue participating in this litigation in violation of the local rules. Their repeated filings, despite the absence of local counsel, effectively nullify the purpose of the local counsel requirement and incentivize further disregard for the rules.

If Defendants can simply ignore the local counsel requirement for months on end on the mere possibility that a dispositive motion might be granted, then the rule becomes meaningless. The requirement exists to ensure orderly litigation and adherence to local practice. Defendants should not be permitted to flout this obligation at their convenience.

WHEREFORE, Plaintiffs respectfully request that this Honorable Court enforce the local counsel requirement pursuant to Eastern District of Michigan Local Rule 83.20(f) without further delay and decline to grant Defendants additional time to comply.

                                      Respectfully submitted,
                                      WILLIAMS, WILLIAMS, RATTNER &
                                      PLUNKETT, PC

                                      By:  s/ *Alexander A. Ayar*
                                      ALEXANDER A. AYAR (P69623)
                                      WILLIAM C. DISESSA (P81906)
                                      MICHAEL J. PETRUS (P84605)
                                      380 N. Old Woodward Avenue, Suite 300
                                      Birmingham, Michigan 48009
                                      (248) 642-0333
                                      aayar@wwrplaw.com
Dated:  February 10, 2025        *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

    I hereby certify that, on February 10, 2025, I filed the foregoing electronically through the Court's CM/ECF system, which will send notification of such filing to all counsel of record who have appeared in this matter.

                                        s/ *Michael J. Petrus*
                                        Michael J. Petrus (P84605)
                                        Williams, Williams, Rattner & Plunkett, P.C.