**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

DV Injury Law, PLLC, *et al.*,

Plaintiffs,

v.

Tort Private Investigations LLC, *et al.*,

Defendants.

_______________________________/

Case No. 24-cv-12772

Judith E. Levy
United States District Judge

Mag. Judge Anthony P. Patti

**ORDER ADOPTING REPORT AND RECOMMENDATION [84]**

Before the Court is Magistrate Judge Anthony P. Patti's Report and Recommendation (ECF No. 84) recommending the Court grant in part and deny in part the motion for partial dismissal of the complaint filed by Defendants Tort Private Investigations LLC, David Bauman, Sarah Hale Bauman, and Bentley Consulting LLC. (ECF No. 74.) Defendants seek dismissal of Counts I, II, VII, VIII, and IX of the Third Amended Complaint filed by Plaintiffs DV Injury Law, PLLC; HAH, LLP; and Heilbrun Legal, LLP. (ECF No. 48.) The parties were required to file

specific written objections, if any, within fourteen days of service. *See* Fed. R. Civ. P. 72(b)(2); E.D. Mich. LR 72.1(d). No objections were filed.

On November 23, 2026, the Court held a pretrial conference. For the reasons set forth on the record and as stipulated by the parties,

The Report and Recommendation (ECF No. 84) is ADOPTED; and

Defendants' motion for partial dismissal of the complaint (ECF No. 74) is GRANTED IN PART AND DENIED IN PART.

- Defendants' motion is GRANTED with respect to:
  - Count VII (Unjust Enrichment) only as to DV Injury Law, PLLC, and
  - Count IX (Veil-Piercing as a distinct claim).
- Based on Plaintiffs' concessions placed on the record during the hearing conducted by Magistrate Judge Patti on July 29, 2026, the breach of contract claims are asserted only by DV Injury Law, PLLC and proceed only as brought by DV Injury Law, PLLC.

- Defendants' motion is DENIED in all other respects. The following claims proceed:
  - Counts I and II (Racketeer Influenced and Corrupt Organizations Act (RICO) claims),
  - Count VII (Unjust Enrichment) only as brought by HAH, LLP and Heilbrun Legal, LLP, and
  - Count VIII (Civil Conspiracy).

IT IS SO ORDERED.

Dated: November 24, 2026
Ann Arbor, Michigan

s/Judith E. Levy
JUDITH E. LEVY
United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on November 24, 2026.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager